UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Courtney Dukes<br><br><br><br>Debtor(s)<br>Courtney Dukes<br><br>Plaintiff(s)<br>Strategic Recovery Group, as servicer for Bank of America, N.A.<br><br>Defendant(s) | BK No.:   11-21298<br><br>Chapter: 13<br><br>Honorable Jack B. Schmetterer<br><br>Adv. No.: 11-01839 |

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

Pursuant to a Default Order and because the allegations in the Complaint have been taken as confessed against Strategic Recovery Group & Bank of America, N.A., the following findings of fact and conclusions of law are made and will be entered:

1. On May 19, 2011, Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. This Honorable Court has jurisdiction pursuant to Secs. 157 and 1334 of Title 28, United States Code.

3. This is a core proceeding within the meaning of Sec. 157(B)(1) and (2) of Title 28, United States Code.

4. Venue is proper pursuant to Sec. 1409 of Title 28, United States Code.

5. At the time of filing, Debtor's homestead located at 12432 South Laflin Street, Calumet Park, Illinois 60827, was valued at approximately $76,000.00 and Debtor owed $108,278.89 for the first mortgage with Ocwen Loan Servicing, LLC.

6. Defendants' junior mortgage would be an allowed secured claim to the extent of the value of the estate's interest in the property securing the claim under 11 USC Sec. 506(a) and (d). The Defendants' junior mortgage is void to the extent it is not an allowed secured claim.

7. The amount of the first mortgage, $108,278.89, exceeds the value of the underlying property, $76,000.00.

8. Because the junior mortgage lien held by the Defendants is wholly unsecured, it should not be allowed as a secured claim and the mortgage lien may be stripped off. In re Mann, 249 B.R. 831, 840 (1st Cir. BAP 2000); In re Pond, 2001 U.S. App. Lexis 11287 (2nd Cir.).

Enter:

United States Bankruptcy Judge

Dated: 7/11/12 *nunc pro tunc* 6/19/12

**Prepared by:**
The Law Offices of Ernesto D. Borges, Jr. PC
105 West Madison Street, #2300
Chicago, IL 60602
(312) 853-0200